# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

    **-vs-**

**Case No. 05-CR-125**

**ADRIAN A. TORRES,**

          **Defendant.**

## ORDER FOR DISMISSAL OF INDICTMENT

Based on the motion of the United States, and in consideration of the stipulation of the parties, the court orders that the Indictment is dismissed without prejudice. The Court further finds that the defendant has waived his right to a Speedy Trial and that the waiver and the stipulation constitutes good cause for the tolling of the Speedy Trial period from the defendant's initial appearance to this date.

Dated at Milwaukee, Wisconsin, this 29th day of November 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**